Irvin Andrich, Plaintiff, v. Elias Koczon, Respondent. Margaret Andrich, Plaintiff, v. Elias Koczon, Respondent. Elias Koczon, Respondent, v. Irvin

B. ANDRICH and Another, Defendants, and THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Orders so far as appealed from reversed, without costs of this appeal to any party, and motion denied, without costs. All concur. (The portion of the order appealed from consolidates three actions resulting from an automobile collision and directs that trial be held in Niagara county. The second order resettles the previous order.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.